**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  20-50157 |
| Plaintiff-Appellee, | D.C. No. 3:17-cr-01370-AJB-1 |
| v. | |
| JUAN MARQUIS HOLIDAY, | ORDER |
| Defendant-Appellant. | |

On Remand from the United States Supreme Court

Before:  M. SMITH and IKUTA, Circuit Judges, and STEELE,[*] District Judge.

Order

_____

[*] The Honorable John E. Steele, United States District Judge for the Middle District of Florida, sitting by designation.

## SUMMARY[**]

### Criminal Law

On remand from the United States Supreme Court, which vacated this court's decision reported at 998 F.3d 888 (9th Cir. 2020), the panel reversed the district court's judgment on Counts Seventeen, Eighteen, and Nineteen; affirmed in all other respects for the reasons explained in the opinion reported at 998 F.3d 888; and remanded to the district court for resentencing consistent with *United States v. Taylor*, 142 S. Ct. 2015 (2022).

### ORDER

The decision entered in this matter, reported at 998 F.3d 888 (9th Cir. 2020), was vacated by the Supreme Court of the United States. *See Holiday v. United States*, 142 S. Ct. 2857 (2022). Accordingly, we now REVERSE the district court's judgment on Counts Seventeen, Eighteen, and Nineteen. We AFFIRM in all other respects for the reasons explained in our opinion reported at 998 F.3d 888. We REMAND to the district court for resentencing consistent with *United States v. Taylor*, 142 S.Ct. 2015 (2022).

AFFIRMED in part, REVERSED in part, and REMANDED.

---

[**]   This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.